```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HENRY TUCKER, on behalf of himself and       :
all others similarly situated,                                :
                                                              :
                              Plaintiff,       :    18-cv-5017 (VEC)
         -against-                             :
                                               :    ORDER
                                               :
CAMP BOW WOW FRANCHISING, INC.,               :
                              Defendant.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 16, 2018 (Dkt. 13), the parties notified the Court that they reached a settlement in principle; and

   WHEREAS on August 22, 2018 (Dkt. 14), the Court ordered that this action would be dismissed unless one or more parties filed a letter by May 21, 2018 requesting that the action not be dismissed; and

   WHEREAS no party has filed a letter requesting that this action not be dismissed;

   IT IS HEREBY ORDERED THAT this case is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date:  September 28, 2018                    _____
       New York, New York                    **VALERIE CAPRONI**
                                             **United States District Judge**